IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL DEWAYNE THIBODEAUX, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:15-cv-1124-K (BT) |
| ) | |
| MICHAL L. FAWCETT, ) | |
| Defendant. ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and hereby DENIES Plaintiff's motion to reopen this case. (ECF No. 17.)

SO ORDERED.

Signed April 24th, 2020.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE